# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 15-475


DAMION COMEAUX

VERSUS

AUSTIN J. ROMERO, ET AL.


**********


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 98981
HONORABLE PATRICK L. MICHOT, DISTRICT JUDGE


**********


## MARC T. AMY
## JUDGE


**********


Court composed of Sylvia R. Cooks, Marc T. Amy, and Shannon J. Gremillion, Judges.


**AFFIRMED.**


**Daniel J. Balhoff**
**Perry, Atkinson, Balhoff,**
**Mengis, Burns & Ellis, LLC**
**Post Office Drawer 83260**
**Baton Rouge, LA   70884-3260**
**(225) 767-7730**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
   **Damion Comeaux**

**J. Chandler Loupe**
**McKernan Law Firm**
**5630 Bankers Avenue**
**Baton Rouge, LA   70808**
**(225) 767-2222**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Damion Comeaux**

**Valerie T. Schexnayder**
**Robicheaux & Collins**
**450 Laurel Street, Suite 1701**
**Baton Rouge, LA   70801**
**(225) 382-5550**
**COUNSEL FOR DEFENDANT/APPELLEE/APPELLANT:**
    **Zurich American Insurance Company**

**Karen Day White**
**Louisiana Municipal Association**
**700 North Tenth Street, Suite 440**
**Baton Rouge, LA   70802**
**(225) 334-5001**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **City of Abbeville**
    **The Louisiana Municipal Association**
    **Austin J. Romero**
    **Abbeville Police Department**

**AMY, Judge.**

For the reasons expressed in the companion case of *Damion Comeaux v. Austin J. Romero, et al.*, 15-473 (La.App. 3 Cir. _/_/_), _ So.3d _, the judgment of the trial court sustaining the exception of no cause of action of the Louisiana Municipal Association is affirmed. Costs of this proceeding, docket number 15-475, are assessed to the plaintiff-appellant, Damion Comeaux and the defendant-appellant, Zurich American Insurance Company.

**AFFIRMED.**